AO 440 (Rev. 10/93) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of Rhode Island

Melissa Barreiro

V.

Jef Booth, P.C.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: CA 08 59T

TO: (Name and address of Defendant)

Jef Booth, P.C. a/k/a Booth & Associates
Jef Booth, Registered Agent
Home: 1021 Hugo Street, Norfolk, VA 23513
Office: 2901 South Lynnhaven Rd, Suite 230, Virginia Beach, VA
(757) 963-6940

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

John T. Longo, Esq.
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 537-9185
jtlongo@yahoo.com

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE 2/19/08

(By) DEPUTY CLERK

✎AO 440 (Rev. 10/93) Summons in a Civil Action

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and complaint was made by me[(1)] | DATE |
| NAME OF SERVER *(PRINT)* | TITLE |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the third-party defendant. Place where served: ______________________________

______________________________

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: ______________________________

☐ Returned unexecuted: ______________________________

______________________________

______________________________

☐ Other (specify): ______________________________

______________________________

______________________________

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on ______________________ ______________________________
Date Signature of Server

______________________________
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

3/17/2008

# AFFIDAVIT OF SERVICE

COMMONWEALTH OF VIRGINIA

SERVICE OTHER THAN BY VIRGINIA SHERIFF

In the:

**UNITED STATES DISTRICT COURT, DISTRICT OF RHODE ISLAND**

STATE/COMMONWEALTH OF:
RI

MELISSA BARREIRO

In re / v.

JEF BOOTH, P.C.

CASE NO:

**CA 08 59T**

**JEF BOOTH, REGISTERED AGENT**
**JEF BOOTH, P.C., A/K/A BOOTH & ASSOCIATES**
**2901 SOUTH LYNNHAVEN RD., SUITE 230, VIRGINIA BEACH, VA 23455**

is the name and address of the person upon whom service of the following is to be made.

**Document(s) Served:** **COMPLAINT**

**SUMMONS IN A CIVIL CASE**

I, the undersigned swear/affirm that I am a private process server, I am not a party to, or otherwise interested in the subject matter in controversy in this case, I am 18 years of age or older, and I served as shown below, the above named person upon whom service of process was to be made with copies described above.

Date and time of service: **2/29/2008** @ **4:30 PM**

Place of service if DIFFERENT than above: **1708 PLEASURE HOUSE RD VIRGINIA BEACH, VA**

METHOD OF SERVICE:

*PERSONAL SERVICE*

**Prior Attempts:**

2/26 10:52A NOT AVAILABLE 2/27 2:25P, NOT AVAILABLE-

JENNIFER FANTACIA RODRIGUEZ
Signature

Dated: 3/3/2008

P.O. Box 2070, Poquoson, VA

COMMONWEALTH OF VIRGINIA
CITY OF POQUOSON

Subscribed and sworn to/affirmed before me this day by
JENNIFER FANTACIA RODRIGUEZ
who is personally known to me.

Date: 3/3/2008

My commission expires: #########

JACQUELINE I HESTER, REG NO 209476
Signature of Notary Public

COPY

HESTER PROCESS SERVICE, INC. PO BOX 37128 RICHMOND, VA 23234 (ph)804-271-0298

BILLY HESTER

152014 - 1