UNITED STATES DISTRICT COURT FOR THE DISTRICT OF RHODE ISLAND

Melissa Barreiro,
Plaintiff,

vs. 08-59 T

Jef Booth, P.C., and
Jane Doe, alias,
Defendants.

---

**Plaintiff's Application To Clerk For Entry of Default**

Now comes the Plaintiff, Melissa Barreiro, pursuant to Rule 55(a) of the Federal Rules of Civil Procedure, and Local Rule 55, and certifies the following:

1. More than 20 days have passed since the Defendant Jef Booth, P.C. was served with the Complaint in this matter as evidenced by the returned Summons filed in this matter.
2. Jef Booth, P.C. has failed to plead or otherwise defend itself in this matter as evidenced by a review of the docket and file in this matter.
3. A copy of this Application was mailed to the Defendant on this date by both First Class mail and certified mail, return receipt requested.
4. To the best of the undersigned's knowledge, the last known address of the Defendant is Jef Booth, P.C., Attention: Jef Booth, Registered Agent, 2901 South Lynnhaven Road, Suite 230, Virginia Beach, VA 23452.
5. The Defendant is a professional corporation and therefore is not in the military service of the United States as defined in the Soldiers' and Sailor's Civil Relief Act of 1940, as amended.

**Wherefore**, the Plaintiff requests the Clerk enter Jef Booth, P.C.'s default in this matter.

DEFAULT HEREBY ENTERED:
Karen Smith
DEPUTY CLERK 3/28/08

Melissa Barreiro,
By her Attorney,

/s/

John T. Longo, Esq./#4928
681 Smith Street
Providence, RI 02908
(401) 272-2177
Fax (401) 537-9185
jtlongo@yahoo.com

**Certificate of Service**

I certify that on _3/26/08_ I electronically filed this document with the Clerk of the federal District Court for the District of Rhode Island using the CM/ECF System. The following participants received notice electronically:

None.

I further certify that on _3/26/08_, although no Answer or otherwise responsive pleading was filed in this matter, a copy of this document was sent to the following using the described means:

*Via First Class Mail*
Jef Booth, P.C.
Attention: Jef Booth, Registered Agent
2901 South Lynnhaven Road, Suite 230
Virginia Beach, VA 23452

Jef Booth, P.C.
Attention: Jef Booth, Registered Agent
1021 Hugo Street
Norfolk, VA 23513

*Via Certified Mail, Return Receipt Requested*
Jef Booth, P.C.
Attention: Jef Booth, Registered Agent
2901 South Lynnhaven Road, Suite 230
Virginia Beach, VA 23452

*Via Fax*
Jef Booth, P.C. Attention: Jef Booth, Registered Agent
(757) 963-6940

*Via e-mail*
jef@jefboothpc.com

/s/ John T. Longo

John T. Longo, Esq./#4928

John T. Longo
Attorney At Law
681 Smith Street, Suite 201
Providence, RI 02908

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7005 1820 0005 2372 2080

$05.380 MAR PROVIDENCE, RI

**Jef Booth, P.C.**
Attention: Jef Booth, Registered Agent
2901 South Lynnhaven Road, Suite 230
Virginia Beach, VA 23452

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

**Jef Booth, P.C.**
Attention: Jef Booth, Registered Agent
2901 South Lynnhaven Road, Suite 230
Virginia Beach, VA 23452

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X ☐ Agent ☐ Addressee

B. Received by (*Printed Name*) C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type
☒ Certified Mail ☐ Express Mail
☐ Registered ☐ Return Receipt for Merchandise
☐ Insured Mail ☐ C.O.D.

4. Restricted Delivery? (*Extra Fee*) ☐ Yes

2. Article Number (*Transfer from service label*) 7005 1820 0005 2372 2080

PS Form 3811, August 2001 Domestic Return Receipt 102595-02-M-1540