# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

MELISSA BARREIRO,
Plaintiff

    vs.                                                    C.A. No. 08-59ML

JEF BOOTH, P.C., and
JANE DOE, alias,
Defendants

## JUDGMENT

[ ] Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[ X ] Decision by the Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

    Pursuant to the April 10th, 2009 ORDER granting in part and denying in part Plaintiff Melissa Barreiro's Motion for Default Judgment against Defendant Jef Booth, P.C. judgment hereby enters for the Plaintiff Melissa Barreiro against Defendant Jef Booth, P.C. with respect to her claims under FDCPA in the amount of $1,000.00 for statutory damages plus $400 in costs, totaling $1,400.00.

                                                                 Enter:

                                                                  /s/Ryan H. Jackson

                                                                  Deputy Clerk

Dated: April 10th, 2009